## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **CONTRACTOR TECHNOLOGY, LTD.,** | § | **CASE NO. 05-37623-H1-7** |
| | § | **(Chapter 7)** |
| Debtor. | § | |

| | | |
|---|---|---|
| **RONALD J. SOMMERS,** | § | |
| **CHAPTER 7 TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adversary No._____ |
| | § | |
| **HIRSCHFELD STEEL CO., INC.,** | § | |
| | § | |
| Defendant. | § | |

## COMPLAINT

Ronald J. Sommers, chapter 7 trustee of the Estate of Contractor Technology, Ltd. (the "Trustee"), files this Complaint against Hirschfeld Steel Co., Inc. ("Hirschfeld").

### PARTIES AND JURISDICTION

1.     The Trustee is the duly appointed chapter 7 trustee in this case. The Trustee may be served with pleadings and process in this adversary proceeding through his undersigned counsel.

2.     Hirschfeld is a Texas corporation with its principal place of business in San Angelo, Texas. Hirschfeld will be served with the summons and this Complaint through its registered agent, David Hirschfeld, 112 West 29th St., San Angelo, TX 76903. Hirschfeld will also be served with the summons and this Complaint by serving any officer of Hirschfeld at its offices located at 112 West 29th St., San Angelo, TX 76903.

3.     This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (b)(2)(O).

4.     Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

5.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 541 and 549.  Relief is sought pursuant to 11 U.S.C. §§ 549 and 550.

<u>**SUMMARY OF THIS ADVERSARY PROCEEDING**</u>

6.      The Trustee seeks to recover the sum of $268,073.00 from Hirschfeld for an unauthorized post-petition payment for pre-petition services in violation of 11 U.S.C. § 549.  The Trustee also seeks pre- and post-judgment interest on such amounts.

<u>**STATEMENT OF FACTS**</u>

7.      Contractor Technology, Ltd. (the "Debtor") filed a voluntary chapter 11 case on May 13, 2005 [Docket No. 1].  By Order entered June 23, 2005, the Court converted the case to a chapter 7 [Docket No. 151].   The Trustee is the duly appointed chapter 7 trustee in the case.

8.      On May 9, 2005, the Debtor issued its check no. 3213 to Hirschfeld in the amount of $268,073.00.  A copy of the check is attached hereto as **Exhibit 1**.

9.      The check was issued to Hirschfeld for the payment of a pre-petition invoice.  The invoice is attached hereto as **Exhibit 2**.  Check no. 3213 cleared the Debtor's bank account on May 16, 2005.  A copy of the Debtor's bank statement is attached hereto as **Exhibit 3**.

10.     This Court did not authorize the post-petition payment by the Debtor of pre-petition debt.

11.     On September 30, 2005, the Trustee sent a letter to Hirschfeld demanding the return of the unauthorized post-petition payment.  Hirschfeld has failed to return the payment.

Complaint
Page 2 of 3

## RECOVERY OF POST-PETITION TRANSFERS

12.     Section 549 of the Bankruptcy Code authorizes the Trustee to avoid a transfer of estate property that (i) occurs after the commencement of the case; and (ii) has not been authorized under Title 11 or by the Court.

13.     The payment of $268,073.00 to Hirschfeld was a transfer of property of the estate. The transfer occurred after the commencement of the case. The payment was not authorized by this Court or by Title 11. Under 11 U.S.C. §§ 549 and 550, the Trustee may avoid the transfer in its entirety and is entitled to a money judgment in the amount of the payment plus pre- and post-judgment interest.

## REQUEST FOR RELIEF

Accordingly, the Trustee requests

- Judgment for the sum of $268,073.00 against Hirschfeld;

- Pre- and post-judgment interest on all monetary amounts awarded hereunder; and

- Such other relief as is just.

**Dated: May 9, 2006.**

Respectfully submitted,

**Porter & Hedges, L.L.P.**

By: _____
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Blake E. Rizzo
State Bar No. 24034073/S.D. Tex. No. 29684
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)
**Counsel for the Trustee**



EXHIBIT 1

CONTRACTOR TECHNOLOGY, LTD.
713-802-0700

Southern National Bank of Texas
16865 Southwest Freeway
Sugar Land, TX 77478
281-261-5700
www.snb.com

3213

35-16261130

PAY TO THE ORDER OF   HIRSCHFIELD STEEL CO. INC.
P.O. BOX 3768.
SAN ANGELO, TX 76902

12,734 800 014585 3991

COMPANY MAIL

THE SUM OF TWO HUNDRED SIXTY EIGHT THOUSAND SEVENTY THREE DOLLARS

05/09/2005

$ ********268,073.00

3213

DOLLARS

Jeritta We.

AUTHORIZED SIGNATURE

⑈003213⑈ ⑈⑈113016261⑈ 2306 7875⑈   ⑈00 2680 7300⑈

3213      $268,073.00    05/16/2005





**HIRSCHFELD**
Steel Company, Inc.

P.O. Box 3768, San Angelo, Texas 76902
112 West 29th, San Angelo, Texas 76903
325-486-4220
325-486-4399 facsimile

## INVOICE

Contractor Technology, Inc. (CTI)                                   Invoice No.:          313385
3506 Cherry Street                                                  Invoice Date:         14-Feb-05
Houston, Texas, 77026                                               Account No. :         DA13057
                                                                    Estimate No.:         2

Re:   NASA Road 1
      Harris County, Texas                          Customer  Phone:        713-802-0700
      Project Number: 16                            Customer  Facsimile:    713-802-1888
      Purchase Order No.

| | | |
|---|---|---|
| Original Contract Amount | | $920,480.40 |
| Change Orders | | $0.00 |
| Revised Contract Amount | | |
| | | $920,480.40 |
| Total Completed to Date | 70.26% | $646,721.00 |
| Less: Freight | 0.00% | $0.00 |
| Total Earned Less Freight | | |
| | | $646,721.00 |
| Less Previous Application for Payment | | $378,648.00 |
| Subtotal | | $268,073.00 |
| Sales Tax | 0.00% | $0.00 |
| Total Due Current Application | | $268,073.00 |

Remit to:
Hirschfeld Steel Company, Inc.
P.O Box 3768
San Angelo, Texas 76902

NATURE SAVER™ FAX MEMO  01616

| To DEVONA | From JIM HOWER |
|---|---|
| Co./Dept. | Co. |
| Phone # | Phone # |
| Fax # 713-802-1888 | Fax # |

Date 3-24   # of pages ▶ 9

| HSC internal accounting only: | Account Distribution: | | | |
|---|---|---|---|---|
| Sales Tax Location: | 60300300 | $268,073.00 | State Rate: | 0.00% |
| Texas | 41800300 | $0.00 | City Rate: | 0.00% |
| | | | County Rate: | 0.00% |
| Gross Billing for Month | | $268,073.00 | MTA Rate: | 0.00% |
| Retainage | | $0.00 | | |



EXHIBIT
2

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702          (Instructions on reverse side)          PAGE 1 OF 2 PAGE

TO (OWNER):

FROM (CONTRACTOR):
HIRSCHFELD STEEL COMPANY, INC.
SAN ANGELO, TEXAS 76902

Contractor Technology, Inc (CTI)
3906 Cherry Street
Houston, Texas, 77026

PROJECT:
PROJECT NAME  NASA Road 1
LOCATION          Harris County, Texas

Project Number: 16

VIA (ARCHITECT):

APPLICATION NO:

PERIOD TO:

ARCHITECTS
PROJECT NO:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

CONTRACT FOR:    Bridge Girders

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| 1. ORIGINAL CONTRACT SUM | $320,480.40 |
| 2. Net change by Change Orders | $0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 & 2) | $320,480.40 |
| 4. TOTAL COMPLETED & STORED TO DATE | $346,721.00 |
|    (Column G on G703) | |
| 5. RETAINAGE | |
|    a. ____ % of Completed Work | $0.00 |
|       (Column D + E on G703) | |
|    b. ____ % of Stored Material | $0.00 |
|       (Column F on G703) | |
|    Total Retainage (Line 5a + 5b or | |
|    Total in Column I of G703) | $0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $346,721.00 |
|    (Line 4 less Line 5 Total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR | |
|    PAYMENT | $378,648.00 |
|    (Line 6 from prior Certificates) | |
| 8. CURRENT PAYMENT DUE | $280,073.00 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE | $273,759.40 |
|    (Line 3 less Line 6) | |

### CHANGE ORDER SUMMARY

| Change Orders approved in previous months by Owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | | |
| | | |
| TOTALS | $0.00 | $0.00 |
| Net change by Change Orders | | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by the Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: _____

State of:    Texas                    County of:    Tom Green
Subscribed and sworn to before me this    18th    day of    February    2005
Notary Public: _____
My Commission expires:    8-16-2005

AMOUNT CERTIFIED _____
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT

By: _____  Date: _____
This certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

James B. Hower, Contract Administrator

KATHRYN M. DANSBY
Notary Public, State of Texas
My Commission Expires 05-16-07

AIA DOCUMENT G702 □    APPLICATION AND CERTIFICATION FOR PAYMENT □ MAY 1983 EDITION □ AIA® □ © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G702-1983



**Southern National Bank** *of Texas*

14060 Southwest Freeway
Sugar Land, TX 77478
(281) 269-7200

ACCOUNT:  
DOCUMENTS:

PAGE:     3
05/31/2005

376

**FDIC**

CONTRACTOR TECHNOLOGY LTD.

=================================================================
COMML CORP ACCOUNT
=================================================================

- - - - - - - - - CHECKS - - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 3084  05/12      400.00 | 3141*05/09   42,292.50 | 3196  05/11      741.00 |
| 3085*05/17      400.00 | 3143*05/12    9,168.09 | 3197  05/12      585.00 |
| 3087*05/11      400.00 | 3145  05/19      375.00 | 3198  05/11      731.25 |
| 3089  05/12      400.00 | 3146  05/16      584.72 | 3199  05/11      716.25 |
| 3090  05/18      500.00 | 3147  05/12  103,123.76 | 3200  05/12      161.00 |
| 3091  05/17      400.00 | 3148  05/12    5,113.15 | 3201  05/11      539.50 |
| 3092  05/12      500.00 | 3149  05/12    3,162.45 | 3202  05/12      442.00 |
| 3093  05/06  127,829.87 | 3150  05/13   11,038.80 | 3203  05/12      448.50 |
| 3094*05/06    7,509.39 | 3151  05/13      912.00 | 3204  05/10   22,952.00 |
| 3098  05/09    3,685.80 | 3152  05/16    5,128.11 | 3205  05/11    1,225.00 |
| 3099  05/09    6,805.96 | 3153  05/12    4,915.80 | 3206  05/11    6,281.32 |
| 3100  05/09    5,993.22 | 3154  05/13    3,718.46 | 3207  05/11   14,420.28 |
| 3101*05/13   34,845.00 | 3155*05/17    2,346.00 | 3208  05/18      864.52 |
| 3103  05/11   19,691.95 | 3157*05/20      474.00 | 3209  05/16   23,082.00 |
| 3104  05/12   98,996.15 | 3160  05/17      418.94 | 3210  05/11      400.00 |
| 3105  05/18   10,888.60 | 3161  05/20    1,049.72 | 3211*05/11  113,889.45 |
| 3106  05/16   65,247.31 | 3162*05/25      213.91 | 3213  05/16  268,073.00 |
| 3107*05/16   40,713.96 | 3164  05/20    6,948.05 | 3214  05/11  408,954.33 |
| 3109  05/11   83,214.36 | 3165*05/31    1,340.84 | 3215  05/16       43.93 |
| 3110  05/18    7,500.00 | 3168  05/20    2,496.07 | 3216  05/12   71,645.13 |
| 3111  05/19  139,097.00 | 3169  05/27    1,335.10 | 3217  05/16    3,240.00 |
| 3112*05/17    4,237.49 | 3170  05/18    3,101.25 | 3218  05/18   17,492.46 |
| 3114*05/20   15,073.77 | 3171  05/20      236.70 | 3219  05/16      156.82 |
| 3116*05/16    6,347.29 | 3172*05/19   31,048.12 | 3220  05/27       32.97 |
| 3118  05/09    4,966.40 | 3175  05/18      261.31 | 3221*05/27      149.01 |
| 3119  05/10    4,567.00 | 3176  05/20      290.92 | 3224*05/20      388.42 |
| 3120  05/16    5,412.19 | 3177  05/20      168.00 | 3226  05/17       48.50 |
| 3121*05/13   34,389.26 | 3178  05/26   11,099.49 | 3227  05/13    6,750.00 |
| 3123  05/16   98,072.97 | 3179*05/20    1,732.90 | 3228  05/25      821.01 |
| 3124  05/18   73,142.31 | 3183  05/12      547.50 | 3229*05/20    6,174.00 |
| 3125*05/13  252,712.50 | 3184  05/11      182.25 | 3231*05/20    2,901.03 |
| 3127  05/16   33,454.75 | 3185  05/12      610.00 | 3234  05/19       98.70 |
| 3128  05/16  136,127.57 | 3186  05/12      543.00 | 3235*05/19      157.41 |
| 3129  05/13       78.85 | 3187  05/13      546.00 | 3238*05/17      200.00 |
| 3130*05/11   46,472.01 | 3188  05/12      295.75 | 3240  05/17      190.00 |
| 3134  05/09      118.97 | 3189  05/11      627.50 | 3241  05/18      160.00 |
| 3135  05/09   17,666.52 | 3190  05/11      482.50 | 3242*05/31       78.72 |
| 3136  05/13    7,723.13 | 3191  05/12      295.75 | 3244  05/20    2,933.18 |
| 3137  05/11   73,150.14 | 3192  05/11      732.00 | 3245*05/25   32,544.46 |
| 3138  05/13      167.96 | 3193  05/12      620.75 | 3247  05/27      718.63 |
| 3139  05/09   14,327.20 | 3194  05/11      962.00 | 3248  05/20    1,207.86 |
| 3140  05/10   29,901.08 | 3195  05/12      796.25 | 3249  05/20      976.43 |

* * * C O N T I N U E D * * *

**EXHIBIT**

**3**

tabbies®